UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS BARHAM<br>910 Farragut Street, NW<br>Washington, DC 20011<br><br>*Plaintiff*,<br><br>v.<br><br>ALEXANDER VARAKLIS<br>7126 Lakeview Drive<br>Warrenton, VA 20187<br><br>and<br><br>ARLINGTON COUNTY, VIRGINIA<br>2100 Clarendon Boulevard<br>Suite 403<br>Arlington, VA 22201<br><br>*Defendants*. | Civil Action No. 20-1464 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. In support of this Notice, the United States states as follows:

1. Alexander Varaklis is a named defendant in a civil action styled *Barham v. Varaklis*, Civil Action No. 2020 CA 002482 V, now pending in the Superior Court of the District of Columbia. *See* Exhibit A (Complaint).

2. This action was filed by the plaintiff Louis Barnham on May 11, 2020. *Id.* The action has not yet proceeded to trial.

3. At the time of the incident alleged in the complaint, Mr. Varaklis was in the employ of the Federal Bureau of Investigation.

4. On the basis of the complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. Varaklis was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.  *See* Exhibit B (Westfall Certification).

5. Mr. Barnham's complaint appears to be an attempt to sue Mr. Varaklis in his individual capacity for damages.  Pursuant to 28 U.S.C. § 2679, the United States is the only proper defendant in a suit cognizable under the Federal Tort Claims Act ("FTCA"), that is a tort suit seeking monetary damages for injuries caused by federal employees acting within the scope of their federal employment.  Therefore, Plaintiff may not bring such a suit against individual federal agencies or employees, but may bring a suit against the United States.

6. Pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law, be substituted for Mr. Varaklis as a defendant in this action.  In addition, this action "shall be removed" to District Court pursuant to 28 U.S.C. § 2679(d)(2).

7. Because Mr. Varaklis is an officer of an agency of the United States and was acting under color of his office at the time of the alleged incident, 28 U.S.C. § 1442(a)(1) provides a statutory basis for removal of this action.

8. Because this suit is against the United States pursuant to the FTCA, Plaintiff's claims are ones for which the District Court has original jurisdiction.

9. A Notice of Filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: June 3, 2020            Respectfully submitted,

                                           MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
     KATHERINE B. PALMER-BALL
     D.C. Bar No. 1014003
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     Phone: (202) 252-2537
     Fax: (202) 252-2599
     katherine.palmer-ball@usdoj.gov

*Counsel for Federal Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I caused a copy of the foregoing Notice of Removal of a Civil Action and exhibits to be served by first class mail addressed as follows:

Bradley W. Hines, Esq.
SLOCUMB LAW FIRM, LLC
1225 I Street, NW
Washington, DC 20005
bhines@slocumblaw.com

Ryan C. Samuel, Esq.
Assistant County Attorney
Arlington County
One Courthouse Plaza
2100 Clarendon Blvd., Suite 403
Arlington, VA  22201
rsamuel@arlingtonva.us

*/s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL